■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK NEGRON, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on July 18, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Asch, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO OCHOA, Appellant.—Judgment, Supreme Court, Bronx County (Martin Klein, J.), rendered on July 7, 1986, unanimously affirmed.